## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PROFESSOR DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA, THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, CAROL FOLT, in her official capacity as CHANCELLOR OF THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, ANN LEMMON, in her official capacity as ASSISTANT PROVOST FOR ACADEMIC PERSONNEL, and KENNETH T. ANDREWS, in his official capacity as CHAIR OF THE DEPARTMENT OF SOCIOLOGY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     1:18CV726<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

On September 30, 2019, the United States Magistrate Judge's Recommendation was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. [Docs. #33, #34.] Petitioner filed objections [Doc. #35] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections de novo and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #33], which is affirmed and adopted.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss [Doc. #24] is GRANTED as to Plaintiff's federal Title IX and § 1983 claims (Claims 1, 2, and 3), and that the remaining state law claims are REMANDED to state court.

This the 26th day of March, 2020.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge