IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:18-CV-726-NCT-JEP

| | |
|---|---|
| PROFESSOR DOE,<br><br> Plaintiff,<br><br>v.<br><br>THE BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA, et al.,<br><br> Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

 Now come Plaintiff and Defendants and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned action *with prejudice*. Each party shall bear their own costs.

 Respectfully submitted this 22nd day of July, 2020.

Counsel for Defendants:

JOSHUA H. STEIN
Attorney General

/s/ Nora F. Sullivan
Nora F. Sullivan
Assistant Attorney General
NC State Bar No. 43284
nsullivan@ncdoj.gov

NC Department of Justice
PO Box 629
Raleigh, NC 27602
Tel.: 919-716-6920
Fax: 919-716-6764

Counsel for Plaintiff:

LOFTIN & LOFTIN, P.A.

/s/ John D. Loftin
John D. Loftin
NC State Bar No. 16723
Jason R. Jones
NC State Bar No. 49302

PO Box 733
Hillsborough, NC 27278
Tel: 919-732-9748
Fax: 919-732-4241
Email:John@loftinandloftin.com
Email: Jason@loftinandloftin.com